UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



Portee

VS.

          CV. NO. 3:00 cv 948 (JCH)

          USCA NO. 03-2684

Armstrong

### INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND  2
VOLUMES OF ORIGINAL RECORD.

DATE: 9/29/2003

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

03-2684