UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 16 P 12:08

| | |
|---|---|
| TERRY PORTEE : | |
| Petitioner : | |
| : | CIVIL ACTION NO. |
| v. : | 3-00-cv-948 (JCH) |
| : | |
| JOHN ARMSTRONG, ET AL : | OCTOBER 16, 2003 |
| Respondents | |

## ORDER

Clerk is directed to docket this letter so that it is a part of the record and the record will reflect this pro se's communication with the court on August 11, 2003. The court notes that a Notice of Appeal has been filed, and thus this court has no jurisdiction to act.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 16th day of October, 2003.

_____
Janet C. Hall
United States District Judge