Judge JANET C. HALL,

RECEIVED

2003 AUG 11 P 12: 42

CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

I come before you in writting begging for help and forgiveness. In the month of JAN. or Feb. of 2003 I recieved A ruling on A petition I filed for writ of habeas corpus, And soon as I start reading it it said the petition was denied, And out of ignorace and lack of legal help I dismissed Reading the rest of it untill the 7th of August. As I finally ended up Reading the rest I seen where you issued A certificate of Appealability. I then borrowed A Georgetown Law Journal and read about the certificate of appealability but still don't have a good understanding of it. Can you please help me!! With do Respect I have Read about the time frame and hope deeply that their is something that can be done. Can you please write me back and Assist me In anyway possible? This was my best federal issue and you did agree they violated my Rights so I never had A fear trial. I pleaded self defense and my lawyer told me not to take the stand so I never got to tell what really happened and I need my chance please. Thank you very much for your time and consideration.

Terry Potee #214567
1153 EAST ST. SOUTH.
Suffield CT. 06080

8. 7. 03